UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
WHEN HEMP COMPANY LLC d/b/a : 
FOLIUM BIOSCIENCES and KASHIF SHAN,
: 
       Plaintiffs,       :    Case No.: 1:19-cv-10073-VSB

   v.                :

                               :    **DECLARATION OF OFER REGER**
TERI BUHL,
       Defendant.      :
------------------------------------- X

     I, Ofer Reger, declare under penalty of perjury under the laws of the State of New York, that the following is true and correct:

     1.     I am an attorney at the law firm Robins Kaplan LLP, counsel to Plaintiffs WHOLE HEMP COMPANY LLC d/b/a FOLIUM BIOSCIENCES and KASHIF SHAN, in the above-captioned action. I submit this declaration in support of Plaintiffs' motion for the withdrawal of the appearance entered by Ofer Reger and Robins Kaplan LLP as counsel of record for Plaintiffs in this matter.

     2.     In accordance with the Court's request in the Order dated May 27, 2021 (Dkt. No. 20), I hereby inform the Court that neither I nor Robins Kaplan LLP is asserting a retaining or charging lien in connection with this matter.

     3.     Accordingly, Plaintiffs respectfully request that the Court grant the motion to withdraw the appearance of Ofer Reger and Robins Kaplan LLP for Plaintiffs in this matter.

Executed at:  New York, New York             /s/ *Ofer Reger*
                 May 28, 2021                       Ofer Reger

## **CERTIFICATE OF SERVICE**

I, Ofer Reger, certify that on May 28, 2021, I caused a true and correct copy of the foregoing DECLARATION OF OFER REGER to be served via this Court's Electronic Case Filing system upon counsel for all parties and upon *pro se* Defendant Teri Buhl pursuant to Ms. Buhl's Consent to Electronic Service (Dkt. No. 13).

Dated: May 28, 2021

                                                    */s/ Ofer Reger*

                                                  Ofer Reger
                                                  Robins Kaplan LLP
                                                  399 Park Avenue, Suite 3600
                                                  New York, New York 10022
                                                  Phone: (212) 980-7400
                                                  oreger@robinskaplan.com