UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
WHOLE HEMP COMPANY LLC d/b/a :
FOLIUM BIOSCIENCES and KASHIF SHAN,
  :  Case No.: 1:19-cv-10073-VSB
      Plaintiffs,
  :
  v.
  :  **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**
TERI BUHL,
  :
      Defendant.
  :
------------------------------------- X

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Whole Hemp Company LLC d/b/a Folium Biosciences and Kashif Shan, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Teri Buhl.

Dated: New York, New York
       October 8, 2021

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Reena Jain*
    Craig Weiner
    Reena Jain
    Alexander D. Newman
    1251 Avenue of the Americas, 37th Fl.
    New York, NY 10020
    Tel.: (212) 880-3800
    Fax: (212) 880-8965
    craig.weiner@akerman.com
    reena.jain@akerman.com
    alexander.newman@akerman.com

*Attorneys for Plaintiffs Whole Hemp Company LLC d/b/a Folium Biosciences and Kashif Shan*